UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VICTOR CASTILLO, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-10-291 |
| | § § | |
| SALDIVAR HOME HEALTH, INC., *et al*, | § § | |
| Defendants. | § | |

## **ORDER**

On September 21, 2011, the Court considered the Parties' Motion to Deposit Funds in the Registry of the Court. Upon consideration of the Motion, the Motion is GRANTED and it is hereby ORDERED that the Parties will the following funds into the Registry of the Court:

1. U.S. District Court, Southern District of Texas, for the use and Benefit of Amber Denae Rodriguez, a Minor — $7,500.00

2. U.S. District Court, Southern District of Texas, for the use and Benefit of Joshua Tyler Rodriguez, a Minor — $7,500.00

3. U.S. District Court, Southern District of Texas, for the use and Benefit of Rien Jacob Rodriguez, a Minor — $7,500.00

4. U.S. District Court, Southern District of Texas, for the use and Benefit of Jon Carlo Rodriguez, a Minor — $7,500.00

The Clerk is hereby ORDERED to deposit the funds in a money market account, at the prevailing rate of interest at a federally approved financial institution. The Clerk shall deduct any administrative registry fee set by the director of the Administrative Office of the U.S. Courts

and authorized by the Judicial Conference of the United States from the interest earned on the deposit without further order of the court.

    SIGNED and ORDERED this 7th day of October, 2011.

                                                                                     _____
                                                                                         Janis Graham Jack
                                                                            Senior United States District Judge